UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>      Defendant. | Civil Action No. 19-0182 (DLF) |

**JOINT STATUS REPORT**

   Pursuant to this Court's August 1, 2024, Minute Order, Plaintiff Federation for American Immigration Reform ("Plaintiff") and Defendant United States Department of State (the "Department"), respectfully provide the Court with the following status report:

   1.  This matter concerns a Freedom of Information Act request that Plaintiff submitted on July 5, 2018, for records related to, among other things, "instances wherein recalcitrant countries refused to comply with their international obligations to accept the return of their citizens" who were not eligible to remain in the United States.  *See* Compl. ¶ 7 (ECF No. 1).

   2.  Since the last status report, the Department made two further productions of responsive, non-exempt material on November 29, 2024, and January 10, 2025.  The Department has completed processing responsive records in this case.

   3.  The parties plan to confer to determine whether there are any remaining issues to resolve in this case.

4. In light of the above, the Parties respectfully request that they file another joint status report in this case on or before May 22, 2025.

| | |
|---|---|
| Dated: February 6, 2025 | Respectfully submitted, |
| | |
| */s/ John M. Miano* | EDWARD R. MARTIN, JR., D.C. Bar #481866 |
| John M. Miano (DC Bar # 1003068) | United States Attorney |
| David L. Jaroslav (DC Bar # 90021286) | |
| Matt O'Brien (DC Bar # 90012700) | BRIAN P. HUDAK |
| Immigration Reform Law Institute | Chief, Civil Division |
| 25 Massachusetts Ave., NW | |
| Suite 335 | By:      */s/ Stephanie R. Johnson* |
| Washington, DC 20001 | STEPHANIE R. JOHNSON |
| (202) 232-5590 | DC Bar # 1632338 |
| miano@colosseumbuilders.com | Assistant United States Attorney |
| | 601 D Street, NW |
| *Attorneys for Plaintiff* | Washington, DC 20530 |
| | (202) 252-7874 |
| | Stephanie.Johnson5@usdoj.gov |
| | |
| | *Attorneys for the United States of America* |