# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM    )<br>)<br>Plaintiff,    )<br>)<br>V.    )<br>)<br>Department of State    )<br>)<br>Defendant.    )<br>) | Civil Action No. 2019-182 |

## NOTICE OF WITHDRAWAL OF COUNSEL

Plaintiff respectfully requests the Court take notice of the withdrawal of Matthew J. O'Brien as counsel for Plaintiff Federation for American Immigration Reform. Mr. O'Brien no longer works at the Immigration Reform Law Institute. Mr. David Jaroslav will continue to represent Plaintiff.

/s/ *Matthew J. O'Brien*

MATTHEW J. O'BRIEN
D.C. Bar No. 90012700
Executive Office for Immigration Review
7619 Little River Turnpike, Suite 400
Annandale, VA 22003

## CERTIFICATE OF SERVICE

I Matthew J. O'Brien, Esq. hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on April 24, 2024 .