UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>            Defendant. | Civil Action No. 19-0182 (DLF) |

## JOINT STATUS REPORT

Pursuant to this Court's February 9, 2025, Minute Order, Plaintiff Federation for American Immigration Reform ("Plaintiff") and Defendant United States Department of State (the "Department"), respectfully provide the Court with the following status report:

1.  This matter concerns a Freedom of Information Act request that Plaintiff submitted on July 5, 2018, for records related to, among other things, "instances wherein recalcitrant countries refused to comply with their international obligations to accept the return of their citizens" who were not eligible to remain in the United States. *See* Compl. ¶ 7 (ECF No. 1).

2.  As previously reported, the Department has completed processing responsive records in this case.

3.  Plaintiff does not intend to challenge the search or withholdings and thus, the parties have narrowed the remaining issue to Plaintiff's claim for attorney's fees and cost. Plaintiff has extended an offer, and the Department will respond accordingly.

4.  The parties plan to confer to determine whether the remaining issue in this matter can be resolved.

5.	In light of the above, the Parties respectfully request that they file another joint status report, if necessary, in this case on or before June 26, 2025.

| | |
|---|---|
| Dated: May 22, 2025 | Respectfully submitted, |
| */s/ John M. Miano* <br> John M. Miano (DC Bar # 1003068) <br> David L. Jaroslav (DC Bar # 90021286 <br> Immigration Reform Law Institute <br> 25 Massachusetts Ave., NW <br> Suite 335 <br> Washington, DC 20001 <br> (202) 232-5590 <br> miano@colosseumbuilders.com <br><br> *Attorneys for Plaintiff* | JEANINE FERRIS PIRRO <br> United States Attorney <br><br> By:        */s/ Stephanie R. Johnson* <br> STEPHANIE R. JOHNSON <br> DC Bar # 1632338 <br> Assistant United States Attorney <br> 601 D Street, NW <br> Washington, DC 20530 <br> (202) 252-7874 <br> Stephanie.Johnson5@usdoj.gov <br><br> *Attorneys for the United States of America* |