AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Federation for American Immigration Reform (FAIR) | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:19-cv-182 |
| U.S. Department of State | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federation for American Immigration Reform (FAIR)                               .

Date: 06/05/2025

*Attorney's signature*

Mateo Forero-Norena, DC Bar Number 90002605
*Printed name and bar number*

Immigration Reform Law Institute (IRLI)
25 Massachusetts Avenue NW, Suite 335
Washington, DC 20001
*Address*

mforero@irli.org
*E-mail address*

(202) 232-5590
*Telephone number*

(202) 464-3590
*FAX number*